# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID ARENA, ET AL., | ) | CASE NO.1:05CV2478 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| CHUBB INSURANCE CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

## CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Defendant's unopposed Motion to Compel Discovery (ECF Dkt# 16). For the following reasons, the Court grants Defendant's Motion.

On June 29, 2006, Defendant moved this Court for an Order compelling Plaintiff to produce financial information and witness information originally propounded in Defendant's First Set of Admissions, Interrogatories and Requests for Production. Defendant seeks financial information of Plaintiffs in order to determine their financial condition at the time of incident in question. Such information is relevant as it goes to the representations made by Plaintiff of their financial condition at the time of their loss. Therefore the Court Orders Plaintiffs to produce all relevant tax documents and account information no later than August 25, 2006, or the Court may

impose sanctions including monetary sanctions or preclusion from offering evidence on the issue at trial.

Plaintiffs shall also provide contact information on John Wellington by August 25, 2006, as Plaintiffs identified Mr. Wellington as a person with knowledge of the events at issue. Failure to provide contact information by the above date may also lead to sanctions.

This Court further finds Defendant is entitled to the costs of filing its Motion to Compel. Defendant shall file with this Court an itemized report listing expenses incurred supported by affidavit. This report and affidavit shall be filed no later than August 16, 2006. Plaintiff shall file its opposition to the expenses incurred no later than August 23, 2006.

IT IS SO ORDERED.

_8/15/06_
Date

Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge